IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24-_____ |
| v. | : | DATE FILED: January 18, 2024 |
| JOHN DOUGLAS BURCH | : | 18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct – 1 count) |
| | : | 18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor to engage in prostitution – 1 count) |
| | : | 18 U.S.C. § 2423(b) (traveling for the purpose of engaging in illicit sexual conduct – 2 counts) Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

Between in or about August 2014, and in or about August 2017, in Montgomery County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JOHN DOUGLAS BURCH**

used a facility and means of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice and coerce Minor #1, who was under the age of 18 years and known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacture of child pornography, in violation of Title 18, United States Code, Section 2251(a), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

Between in or about January 2015, and in or about August 2017, in East Norriton, King of Prussia, and Haverford, all in Montgomery County, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JOHN DOUGLAS BURCH**

used a facility and means of interstate and foreign commerce, that is, the Internet, to persuade, induce, entice and coerce Minor #1, who was under the age of 18 years and known to the grand jury, to engage in prostitution, in violation of 18 Pa.C.S. § 5902(b.1)(3), and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

In or about November 2014, in the Eastern District of Pennsylvania, and elsewhere, defendant

## JOHN DOUGLAS BURCH

traveled in interstate commerce, from California to Pennsylvania, for the purpose of engaging in illicit sexual conduct (as defined in Title 18, United States Code, Section 2324(f)), with a person less than 18 years of age.

In violation of Title 18, United States Code, Section 2423(b).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about November 2015, in the Eastern District of Pennsylvania, and elsewhere, defendant

## JOHN DOUGLAS BURCH

traveled in interstate commerce, from California to Pennsylvania, for the purpose of engaging in illicit sexual conduct (as defined in Title 18, United States Code, Section 2324(f)), with a person less than 18 years of age.

In violation of Title 18, United States Code, Section 2423(b).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 2422(b) and 2423(b), as set forth in this indictment, defendant

**JOHN DOUGLAS BURCH**

shall forfeit to the United States of America:

1. any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such violations.

Pursuant to Title 18, United States Code, Sections 2428 and 2253.

A TRUE BILL:

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

5

No._____

## UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

**Criminal Division**

THE UNITED STATES OF AMERICA

vs.

JOHN DOUGLAS BURCH

INDICTMENT

Counts

18 U.S.C. § 2422(b)
(use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct – 1 count)
18 U.S.C. § 2422(b)
(use of an interstate commerce facility to entice a minor to engage in prostitution – 1 count)
18 U.S.C. § 2423(b)
(traveling for the purpose of engaging in illicit sexual conduct – 2 counts)
Notice of forfeiture

