IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| JOHN DOUGLAS BURCH | NO. 24-23 |

**O R D E R**

**AND NOW**, this 29th day of January, 2026, it is hereby **ORDERED** as follows:

1. Upon consideration of Defendant's Motion for a *Franks v. Delaware* Hearing (ECF No. 57), Motion to Suppress Evidence (ECF No. 59), Motion to Dismiss the Indictment (ECF No. 60), Defendant's additional memorandum in support of his motions (ECF No. 64), and the Government's oppositions (ECF Nos. 63, 66),[1] it is hereby **ORDERED** that the Motions are **DENIED**.

2. **IT IS FURTHER ORDERED** that any response to the Government's Motion in Limine (ECF No. 43) must be filed on or before **February 6, 2026**. If no response is received on or before that date, the Court will deem the Motion unopposed.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.

---

[1] Exhibits A and B to ECF No. 63 shall be filed under seal on the docket.