## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **v.** | |
| **JOHN DOUGLAS BURCH** | **NO. 24-23** |

## O R D E R

**AND NOW**, this 30th day of March, 2026, upon consideration of the Government's Motion *in Limine* to admit certain evidence under Federal Rule of Evidence 404(b) (ECF No. 43), and Defendant's opposition thereto, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED** as to the seven chat and voice conversations, subject to a Rule 403 determination as to whether the excerpts the Government intends to introduce are needlessly cumulative.

   a. The Government is **ORDERED** to provide the excerpts of the conversations with "Allie," "Lizz," "Bella," "Ollivia," "UMF1," and "UMF2" that it intends to introduce at trial to the Court **at the Final Pretrial Conference**.

2. The Motion is **DENIED** as to the five CSAM image descriptions.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**